| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS | |
| Case number *(if known)* _____ Chapter   11 | ☐ Check if this is an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Cogliano Integrated Technologies Inc. |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | AKA CIT Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-1678904 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 128 Main St., Suite GG  Carver, MA 02330 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Plymouth | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | www.citintegration.com |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  Cogliano Integrated Technologies Inc.         Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5616

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  Cogliano Integrated Technologies Inc. _____   Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ☒ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Cogliano Integrated Technologies Inc.  _____  Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 3, 2025
               MM / DD / YYYY

**X** /s/  Richard Cogliano                        Richard Cogliano
Signature of authorized representative of debtor       Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Kate E Nicholson                        Date  July 3, 2025
Signature of attorney for debtor                             MM / DD / YYYY

Kate E Nicholson 674842
Printed name

Nicholson Devine LLC
Firm name

21 Bishop Allen Drive
Cambridge, MA 02139
Number, Street, City, State & ZIP Code

Contact phone  (857) 600-0508     Email address  kate@nicholsondevine.com

674842 MA
Bar number and State

Debtor  Cogliano Integrated Technologies Inc.       Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/03/2025
            MM / DD / YYYY

X  *[signature]*                                    Richard Cogliano
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

X  *[signature]*                                    Date  7.3.2025
Signature of attorney for debtor                          MM / DD / YYYY

Kate E Nicholson 674842
Printed name

Nicholson Devine LLC
Firm name

21 Bishop Allen Drive
Cambridge, MA 02139
Number, Street, City, State & ZIP Code

Contact phone  (857) 600-0508      Email address  kate@nicholsondevine.com

674842 MA
Bar number and State

Fill in this information to identify the case:

Debtor name: Cogliano Integrated Technologies Inc.
United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accutech<br>160 Dascomb Rd, Suite 120<br>Andover, MA 01810 | | | | | | $145,000.00 |
| AMEX<br>200 Vesey St<br>New York, NY 10080 | | | | | | $49,909.00 |
| AMEX / BLUEPRINT<br>200 Vesey St<br>New York, NY 10080 | | | | | | $9,585.00 |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708 | UCCSPREP@CSCINFO.COM | | Contingent<br>Unliquidated<br>Disputed | Unknown | $0.00 | $0.00 |
| CT Corporation System<br>330 N Brand Blvd, Suite 700<br>Attn: SPRS<br>Glendale, CA 91203 | | | Contingent<br>Unliquidated<br>Disputed | Unknown | $0.00 | $0.00 |
| Graybar<br>34 N. Meramec Avenue<br>Saint Louis, MO 63105 | | | | | | $0.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $250,000.00 |
| Itria Ventures LLC<br>1 Penn Plaza, Suite #4915, 49th Floor<br>New York, NY 10119 | | | Contingent<br>Unliquidated<br>Disputed | $134,761.00 | $0.00 | $134,761.00 |

Debtor  Cogliano Integrated Technologies Inc.   Case number (if known)
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Massachusetts Department of Revenue Bankruptcy Unit P.O. Box 9564 Boston, MA 02114-9564 | | NOTICE PURPOSES ONLY | | | | $0.00 |
| Mechanics Cooperative Bank 470 Miles Standish Boulevard Taunton, MA 02780 | | | | $27,549,843.00 | $0.00 | $27,549,843.00 |
| RDM Capital Funding, LLC d/b/a FinTap 777 Passaic Ave, Suite 375 Clifton, NJ 07012 | | | Contingent Unliquidated Disputed | $40,000.00 | $0.00 | $40,000.00 |
| River Capital Partners, LLC 36 Airport Rd, Suite 204 Lakewood, NJ 08701 | | | Contingent Unliquidated Disputed | $202,000.00 | $0.00 | $202,000.00 |
| Rocket Capital NY LLC 1250 E Hallandale Beach Blvd, Suite 505 Hallandale, FL 33009 | | | Contingent Unliquidated | $60,000.00 | $0.00 | $60,000.00 |
| Schneider Electric 800 Federal St Andover, MA 01810 | | | | | | $900,000.00 |
| Seamless Funding LLC 103 Chester Ave Brooklyn, NY 11218 | | | Contingent Unliquidated Disputed | $174,782.92 | $0.00 | $174,782.92 |
| US Small Business Administration 409 3rd Street SW Washington, DC 20416 | | All property | | $235,525.00 | $0.00 | $235,525.00 |

```
Accutech
160 Dascomb Rd, Suite 120
Andover, MA 01810


AMEX
200 Vesey St
New York, NY 10080


AMEX / BLUEPRINT
200 Vesey St
New York, NY 10080


Corporation Service Company
PO Box 2576
Springfield, IL 62708


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


CT Corporation System
Attn: SPRS
330 N Brand Blvd, Suite 700
Glendale, CA 91203


Graybar
34 N. Meramec Avenue
Saint Louis, MO 63105


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Itria Ventures LLC
1 Penn Plaza, Suite #4915, 49th Floor
New York, NY 10119


Legion Baseball Club Inc.
1017 Washington Street
East Bridgewater, MA 02333


Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564


Mechanics Cooperative Bank
470 Miles Standish Boulevard
Taunton, MA 02780
```

RDM Capital Funding, LLC d/b/a FinTap
777 Passaic Ave, Suite 375
Clifton, NJ 07012


River Capital Partners, LLC
36 Airport Rd, Suite 204
Lakewood, NJ 08701


Rocket Capital NY LLC
1250 E Hallandale Beach Blvd, Suite 505
Hallandale, FL 33009


Schneider Electric
800 Federal St
Andover, MA 01810


Seamless Funding LLC
103 Chester Ave
Brooklyn, NY 11218


Seamless Funding LLC
1608 Ocean Parkway, Suite 2A
Brooklyn, NY 11230


US Small Business Administration
409 3rd Street SW
Washington, DC 20416

# United States Bankruptcy Court
## District of Massachusetts

In re: Cogliano Integrated Technologies Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Cogliano Integrated Technologies Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

July 3, 2025
Date

/s/ Kate E Nicholson
Kate E Nicholson 674842
Signature of Attorney or Litigant
Counsel for  Cogliano Integrated Technologies Inc.
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA 02139
(857) 600-0508  Fax:
kate@nicholsondevine.com